**William Cato SELLS, Jr.,**
**Plaintiff–Appellant,**

v.

**E.K. McDANIEL, Warden; et al.,**
**Defendants–Appellees.**

No. 12–15842.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2013.*

Filed March 22, 2013.

William Cato Sells, Jr., Walla Walla, WA, pro se.

Clark G. Leslie, Esquire, Deputy Assistant Attorney General, AGNV–Office of the Nevada Attorney General, Carson City, NV, for Defendants–Appellees.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

William Cato Sells, Jr., a Washington state prisoner formerly incarcerated in Nevada, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to prosecute. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Al–Torki v. Kaempen,* 78 F.3d 1381, 1384 (9th Cir.1996). We affirm.

The district court did not abuse its discretion in dismissing Sells's action for failure to prosecute after finding that Sells was unable to appear for trial due to his incarceration in another state and considering all reasonable alternatives to dismissal. *See id.* at 1384–85 (discussing factors that district courts must consider before dismissing under Federal Rule of Civil Procedure 41(b)).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.